IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        ) | No. CR 14-2030-TUC-JAS (CRP) |
| Plaintiff,         ) | **ORDER** |
| vs.                  ) | |
| Andronico Salazar-Lezama,   ) | |
| Defendant.        ) | |

Pending before the Court is a Report and Recommendation (Doc. 45) issued by United States Magistrate Judge Charles R. Pyle. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Pyle's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Pyle's Report and Recommendation (Doc. 45) is accepted and adopted.

(2) The pending motions at issue are granted in part and denied in part as discussed in Magistrate Judge Pyle's Report and Recommendation. *See* Doc. 45 at p. 4.

DATED this 10th day of July, 2015.

_____
James A. Soto
United States District Judge